**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Mary Ann Orr and Charlotte Orr v. Lucy Ann Walker

Appellate case number:    01-13-00586-CV

Trial court case number:  22612

Trial court:              1A District Court of Tyler County

It is **ordered** that the motion for en banc reconsideration is denied.

Judge's signature: /s/ Laura C. Higley
                   Acting for the Court

En banc panel consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown and Huddle.

A majority of the justices of the Court voted to deny the motion for en banc reconsideration.

Date: August 14, 2014